# Exhibit A

| Plaintiff Name | Cause Number | Lead Counsel |
|---|---|---|
| Snelson, Nicholas & Davis | 1:16-cv-03272 | FLINT COOPER, LLC |
| Johnson, Loreen | 1:16-cv-03290 | FLINT COOPER, LLC |
| Johnson, James | 1:16-cv-03348 | FLINT COOPER, LLC |
| Dodd, Helene [ESTATE] | 1:17-cv-00537 | FLINT COOPER, LLC |
| Speizer, Allyson & Scott | 1:17-cv-01045 | FLINT COOPER, LLC |
| Sparks, Signa | 1:17-cv-01112 | MCSWEENEY LANGEVIN LLC |
| Bostick, David & Deborah | 1:17-cv-01280 | FLINT COOPER, LLC |
| Hardy, Nancy | 1:17-cv-01286 | FLINT COOPER, LLC |
| Verrier, Meghann & Justin | 1:17-cv-01375 | FLINT COOPER, LLC |
| Jones, Bruce & Kristi | 1:17-cv-01376 | FLINT COOPER, LLC |
| Socci, Richard | 1:17-cv-01509 | FLINT COOPER, LLC |
| Kerns, Henry and Betty | 1:17-cv-02056 | FLINT COOPER, LLC |
| Blanton, James and Judith | 1:17-cv-02059 | FLINT COOPER, LLC |
| Vela, Valentin and Mary | 1:17-cv-02189 | FLINT COOPER, LLC |
| Layel, Valerie White & George Timothy III | 1:17-cv-02193 | FLINT COOPER, LLC |
| Hardy, Mary | 1:17-cv-02243 | FLINT COOPER, LLC |
| Olson, Michelle | 1:17-cv-02244 | FLINT COOPER, LLC |
| Ferguson, David E. and Barbara | 1:17-cv-02248 | FLINT COOPER, LLC |
| Santana, Frank | 1:17-cv-02316 | FLINT COOPER, LLC |
| Goodwin, Tina | 1:17-cv-02412 | FLINT COOPER, LLC |
| Dunbar, Angela | 1:17-cv-02676 | MCSWEENEY LANGEVIN LLC |
| Young, Tiffany | 1:17-cv-02711 | MCSWEENEY LANGEVIN LLC |
| Rios, Ernestine | 1:17-cv-02712 | MCSWEENEY LANGEVIN LLC |
| Phillips, William C. | 1:17-cv-02915 | FLINT COOPER, LLC |
| Stevens, Burma and Eunice | 1:17-cv-02916 | FLINT COOPER, LLC |
| Bernstein, Marlene | 1:17-cv-02973 | FLINT COOPER, LLC |
| Thomas, Donna J. and Eric | 1:17-cv-02976 | FLINT COOPER, LLC |
| Coons, Summer | 1:17-cv-03497 | FLINT COOPER, LLC |
| Ervin, Clyde Jr. | 1:17-cv-03606 | FLINT COOPER, LLC |
| Davidson, Ronald and Victoria | 1:17-cv-04164 | FLINT COOPER, LLC |
| Lighty, George | 1:17-cv-04341 | FLINT COOPER, LLC |
| Fraley, Barbara and Myrlon | 1:17-cv-04344 | FLINT COOPER, LLC |
| Escoe, Karen | 1:17-cv-04580 | FLINT COOPER, LLC |
| Simmons, Janet (Tulip) | 1:18-cv-00231 | FLINT COOPER, LLC |
| Gomez, Daliris and Leon | 1:18-cv-00257 | FLINT COOPER, LLC |
| Hayes, Jacqueline and Robert | 1:18-cv-00259 | FLINT COOPER, LLC |
| Harper, Susan | 1:18-cv-00299 | FLINT COOPER, LLC |
| Terry, Rose and Curtis | 1:18-cv-00300 | FLINT COOPER, LLC |

**Exhibit A**

| | | |
|---|---|---|
| Morris, Marie | 1:18-cv-00334 | FLINT COOPER, LLC |
| Jones, Randy | 1:18-cv-00355 | FLINT COOPER, LLC |
| Capps, Robert and Patsy (ESTATE OF) | 1:18-cv-00357 | FLINT COOPER, LLC |
| Hanna, Cynthia and Robert | 1:18-cv-00364 | FLINT COOPER, LLC |
| Culver, Timothy | 1:18-cv-00453 | FLINT COOPER, LLC |
| Phillips, Ara | 1:18-cv-00454 | FLINT COOPER, LLC |
| Young, Patricia Ann & James | 1:18-cv-00499 | FLINT COOPER, LLC |
| Frazier, Anthony | 1:18-cv-00501 | FLINT COOPER, LLC |
| *Atwell, Charmaine | 1:18-cv-00508 | JOHNSON LAW GROUP |
| Mast, Edward & Valerie | 1:18-cv-00541 | FLINT COOPER, LLC |
| Giovannetti, Ruth | 1:18-cv-00544 | FLINT COOPER, LLC |
| *Hayden, Betty and Jimmie | 1:18-cv-00602 | FLINT COOPER, LLC |
| Brown, Cheryl A. | 1:18-cv-00627 | FLINT COOPER, LLC |
| Newbeck, Daniel | 1:18-cv-00667 | FLINT COOPER, LLC |
| *Sills, Toby and Sheila | 1:18-cv-00725 | FLINT COOPER, LLC |
| *Barbour, Sharon and Myron | 1:18-cv-00765 | FLINT COOPER, LLC |
| Key, Natalie | 1:18-cv-01008 | FLINT COOPER, LLC |
| Thomas, Michael Patrick [ESTATE OF] | 1:18-cv-01024 | FLINT COOPER, LLC |
| Jackson, Julia [ESTATE OF] | 1:18-cv-01147 | FLINT COOPER, LLC |
| Wiljer, Frank and Donna | 1:18-cv-01717 | FLINT COOPER, LLC |
| Satterfield, Tippy | 1:18-cv-02131 | JOHNSON LAW GROUP |
| *Coleman, Adam Sr. and Rose | 1:18-cv-02143 | FLINT COOPER, LLC |
| Morfitt, Patricia | 1:18-cv-02253 | FLINT COOPER, LLC |
| Pancoast, Robert and Lana | 1:18-cv-02359 | FLINT COOPER, LLC |
| Bruno, Mark T. | 1:18-cv-02421 | FLINT COOPER, LLC |
| Walker, Pless | 1:18-cv-02492 | JOHNSON LAW GROUP |
| Patterson, James | 1:18-cv-02554 | THE GOETZ LAW FIRM, INC. |
| Delk, Lisa | 1:18-cv-02720 | JOHNSON LAW GROUP |
| Martin, Judy R. | 1:18-cv-02977 | FLINT COOPER, LLC |
| Herzig, Kenneth | 1:18-cv-03076 | JOHNSON LAW GROUP |
| Bartlett, Kathy | 1:18-cv-03241 | JOHNSON LAW GROUP |
| *Richard, Christine | 1:18-cv-03620 | JOHNSON LAW GROUP |
| Colley, Franklin Mason (ESTATE OF) | 1:19-cv-00179 | FLINT COOPER, LLC |
| Holeman, Willie Mae | 1:19-cv-00214 | FLINT COOPER, LLC |
| Stewart, Donald | 1:19-cv-00608 | JOHNSON LAW GROUP |
| Devine, Kelly | 1:19-cv-00811 | FLINT COOPER, LLC |
| Vandegenachte, Jamee | 1:19-cv-01134 | JOHNSON LAW GROUP |
| Bowens-Johnson, Autumne (ESTATE OF) | 1:19-cv-01398 | FLINT COOPER, LLC |
| Turk, Helen | 1:19-cv-01497 | FLINT COOPER, LLC |
| Carvin, William | 1:19-cv-01724 | JOHNSON LAW GROUP |
| Henninger, Katie S. | 1:19-cv-01914 | FLINT COOPER, LLC |

*Case was closed prior to the issuance of this order

**Exhibit A**

| Name | Case No. | Firm |
|---|---|---|
| Wills, Diana | 1:19-cv-02008 | MCSWEENEY LANGEVIN LLC |
| Cuozzo, Doreen | 1:19-cv-02009 | MCSWEENEY LANGEVIN LLC |
| Scarlavai, Richard and Blair, Mary | 1:19-cv-02019 | FLINT COOPER, LLC |
| Curry, Tracy | 1:19-cv-02131 | MCSWEENEY LANGEVIN LLC |
| Woods, John (RI) | 1:19-cv-02160 | MCSWEENEY LANGEVIN LLC |
| Blackmore, Richard | 1:19-cv-02274 | JOHNSON LAW GROUP |
| Turner, Maryanne and Daryl | 1:19-cv-02329 | FLINT COOPER, LLC |
| Elloie, John | 1:19-cv-02330 | MCSWEENEY LANGEVIN LLC |
| Rozell, Curtis L. | 1:19-cv-02334 | FLINT COOPER, LLC |
| Capers, Arthur and Sharon | 1:19-cv-02447 | FLINT COOPER, LLC |
| Flink, Donald | 1:19-cv-02455 | JOHNSON LAW GROUP |
| Dunn, Marilyn | 1:19-cv-02459 | MCSWEENEY LANGEVIN LLC |
| Miller, Kenneth and G. Annette | 1:19-cv-02569 | FLINT COOPER, LLC |
| Garcia, Patricia M. and Federico | 1:19-cv-02616 | FLINT COOPER, LLC |
| Otis, Glen | 1:19-cv-02700 | MCSWEENEY LANGEVIN LLC |
| Townsel, Arthur | 1:19-cv-02701 | FLINT COOPER, LLC |
| Griffith, Anthony | 1:19-cv-02706 | FLINT COOPER, LLC |
| Brown, Randall | 1:19-cv-02793 | FLINT COOPER, LLC |
| Rhodes, Nadine | 1:19-cv-02839 | FLINT COOPER, LLC |
| Robinson, William (MS) | 1:19-cv-02857 | JOHNSON LAW GROUP |
| Petrarca, William | 1:19-cv-02891 | FLINT COOPER, LLC |
| Olson, Shelli Jo | 1:19-cv-02899 | FLINT COOPER, LLC |
| Becker, Tanya [ESTATE OF] | 1:19-cv-02904 | FLINT COOPER, LLC |
| Holder, Leann | 1:19-cv-02943 | FLINT COOPER, LLC |
| Brown, Lajuan | 1:19-cv-02945 | FLINT COOPER, LLC |
| Fearon, Lorna | 1:19-cv-02977 | FLINT COOPER, LLC |
| Patterson, Eldona L. and James | 1:19-cv-02978 | FLINT COOPER, LLC |
| Smith, Julie Kay | 1:19-cv-03001 | FLINT COOPER, LLC |
| Humphrey, Paula and Thomas | 1:19-cv-03041 | FLINT COOPER, LLC |
| Hopkins, Ronald | 1:19-cv-03054 | FLINT COOPER, LLC |
| Fauntleroy, Pamela D. [ESTATE OF] | 1:19-cv-03055 | FLINT COOPER, LLC |
| Piller, Ethel | 1:19-cv-03098 | FLINT COOPER, LLC |
| Inman, Randy and Melody | 1:19-cv-03099 | FLINT COOPER, LLC |
| Menard, Shelia | 1:19-cv-03108 | FLINT COOPER, LLC |
| McCline, Eula | 1:19-cv-03234 | FLINT COOPER, LLC |
| Pasley, Wilmer [ESTATE OF] | 1:19-cv-03257 | FLINT COOPER, LLC |
| *Baker, Robert | 1:19-cv-03264 | MCSWEENEY LANGEVIN LLC |
| Caron, Jerry J. [ESTATE OF] | 1:19-cv-03266 | FLINT COOPER, LLC |
| Reinstein, Lillian | 1:19-cv-03271 | MCSWEENEY LANGEVIN LLC |
| Kirtley, Freda | 1:19-cv-03295 | MCSWEENEY LANGEVIN LLC |
| Shirley, Amy | 1:19-cv-03333 | JOHNSON LAW GROUP |

*Case was closed prior to the issuance of this order

**Exhibit A**

| | | |
|---|---|---|
| Rasuli, Sulimon | 1:19-cv-03508 | FLINT COOPER, LLC |
| Zerfoss, Timothy | 1:19-cv-03509 | FLINT COOPER, LLC |
| Stachowski, Richard W. and Londa | 1:19-cv-03510 | FLINT COOPER, LLC |
| Stamey, Shirley [ESTATE OF] | 1:19-cv-03511 | FLINT COOPER, LLC |
| Long, Karla S. | 1:19-cv-03512 | FLINT COOPER, LLC |
| Brand, Kathern A. and Robert C. | 1:19-cv-03564 | FLINT COOPER, LLC |
| Santiesteban, Benigno | 1:19-cv-03566 | FLINT COOPER, LLC |
| Palmieri, Eva | 1:19-cv-03568 | FLINT COOPER, LLC |
| Stanley, Leon | 1:19-cv-03608 | FLINT COOPER, LLC |
| Morning, Irene | 1:19-cv-03609 | JOHNSON LAW GROUP |
| Porritt, Dawn [ESTATE OF] | 1:19-cv-03650 | MCSWEENEY LANGEVIN LLC |
| Robinson, Sonya K. | 1:19-cv-03657 | FLINT COOPER, LLC |
| Luck, James | 1:19-cv-03675 | JOHNSON LAW GROUP |
| Barbosa, Humberto | 1:19-cv-03710 | FLINT COOPER, LLC |
| Robles, Norma | 1:19-cv-03716 | FLINT COOPER, LLC |
| Peterson, Kathryn E. and Steve | 1:19-cv-03770 | FLINT COOPER, LLC |
| Jones, Jeffrey Lee | 1:19-cv-03777 | MCSWEENEY LANGEVIN LLC |
| LeFort, Lorraine A. & Ed | 1:19-cv-03785 | FLINT COOPER, LLC |
| Gajewski, Arlene B. | 1:19-cv-03818 | FLINT COOPER, LLC |
| Lanehart, Marcia C. | 1:19-cv-03837 | FLINT COOPER, LLC |
| Knox, Maxine E. | 1:19-cv-03938 | MCSWEENEY LANGEVIN LLC |
| Macnaughton, Lutora | 1:19-cv-03965 | JOHNSON LAW GROUP |
| Fonseca, Lourdes | 1:19-cv-04080 | JOHNSON LAW GROUP |
| Tenney, John | 1:19-cv-04106 | JOHNSON LAW GROUP |
| Johnson, Sharon (PA) | 1:19-cv-04107 | JOHNSON LAW GROUP |
| Mayle, Roxie M. and Jeffrey | 1:19-cv-04150 | FLINT COOPER, LLC |
| Womack, General III | 1:19-cv-04195 | MCSWEENEY LANGEVIN LLC |
| Bolton, Deborah | 1:19-cv-04200 | MCSWEENEY LANGEVIN LLC |
| Myers, Allen | 1:19-cv-04207 | MCSWEENEY LANGEVIN LLC |
| Schaff, Janet | 1:19-cv-04209 | MCSWEENEY LANGEVIN LLC |
| League, Wesley | 1:19-cv-04271 | MCSWEENEY LANGEVIN LLC |
| Holbert, Peter L. | 1:19-cv-04473 | FLINT COOPER, LLC |
| Ballentine, John | 1:19-cv-04499 | FLINT COOPER, LLC |
| Peppers, Linda D. and Phillip | 1:19-cv-04500 | FLINT COOPER, LLC |
| Powers, Jeffrey P. | 1:19-cv-04501 | FLINT COOPER, LLC |
| Hills, Charly | 1:19-cv-04515 | FLINT COOPER, LLC |
| Brown, William (TX) | 1:19-cv-04608 | FLINT COOPER, LLC |
| Tallamon, Kevin W. | 1:19-cv-04614 | FLINT COOPER, LLC |
| Monroe, Orse | 1:19-cv-04620 | FLINT COOPER, LLC |
| Myles, Eugene and Catherine | 1:19-cv-04630 | FLINT COOPER, LLC |
| Torrence, Steven D. | 1:19-cv-04637 | FLINT COOPER, LLC |

**Exhibit A**

| | | |
|---|---|---|
| Wright, Scott W. | 1:19-cv-04683 | FLINT COOPER, LLC |
| Brady, Kim M. and Michael | 1:19-cv-04690 | FLINT COOPER, LLC |
| *Wetherill, Ruth | 1:19-cv-04725 | JOHNSON LAW GROUP |
| Sokoloff, Sara and Mark | 1:19-cv-04793 | FLINT COOPER, LLC |
| Shy, Thomas | 1:19-cv-04794 | MCSWEENEY LANGEVIN LLC |
| Merked, Douglas S. | 1:19-cv-04903 | FLINT COOPER, LLC |
| Bell, April | 1:19-cv-04942 | JOHNSON LAW GROUP |
| Clark, Adeline | 1:19-cv-04944 | MCSWEENEY LANGEVIN LLC |
| Benoit, Geraldean Mary | 1:19-cv-04956 | MCSWEENEY LANGEVIN LLC |
| Neal, Mary V. | 1:19-cv-04960 | FLINT COOPER, LLC |
| Kallabat, Majed | 1:19-cv-05019 | MCSWEENEY LANGEVIN LLC |
| Pongetti, Dolores | 1:19-cv-05069 | JOHNSON LAW GROUP |
| Caldwell, Jacqueline G. | 1:20-cv-00013 | FLINT COOPER, LLC |
| Hall, Brenden J. | 1:20-cv-00021 | FLINT COOPER, LLC |
| Steely, Carol | 1:20-cv-00067 | JOHNSON LAW GROUP |
| Johnson, Jahmel and Shauntae | 1:20-cv-001187 | WILLIAMS LAW GROUP, LLC |
| Wild, Jill | 1:20-cv-00257 | JOHNSON LAW GROUP |
| *Wright, Martin | 1:20-cv-00293 | JOHNSON LAW GROUP |
| Smith, Ronald (OH) | 1:20-cv-00308 | JOHNSON LAW GROUP |
| Valdovinos, Juana | 1:20-cv-00327 | JOHNSON LAW GROUP |
| Davis, Robert | 1:20-cv-00338 | JOHNSON LAW GROUP |
| Marks, Jamie | 1:20-cv-00340 | JOHNSON LAW GROUP |
| Spiek, Thomas [ESTATE] & Brenda | 1:20-cv-00399 | FLINT COOPER, LLC |
| Stanback, Peggie and Vonnie | 1:20-cv-00409 | FLINT COOPER, LLC |
| Fanning, William and Jill | 1:20-cv-00452 | FLINT COOPER, LLC |
| Cruz, Juanita | 1:20-cv-00453 | MCSWEENEY LANGEVIN LLC |
| Dixon, LaDawn | 1:20-cv-00702 | MCSWEENEY LANGEVIN LLC |
| Yanez, Sandra | 1:20-cv-00739 | MCSWEENEY LANGEVIN LLC |
| Lego, Roy | 1:20-cv-00860 | MCSWEENEY LANGEVIN LLC |
| Carroll, Sheila | 1:20-cv-00922 | JOHNSON LAW GROUP |
| Charles, Edda | 1:20-cv-00933 | MCSWEENEY LANGEVIN LLC |
| Benn, James | 1:20-cv-01133 | JOHNSON LAW GROUP |
| Davis, Mike | 1:20-cv-01139 | JOHNSON LAW GROUP |
| Drew, Lorin | 1:20-cv-01183 | WILLIAMS LAW GROUP, LLC |
| Ratliff, Reginald | 1:20-cv-01184 | FLINT COOPER, LLC |
| McFall, Deborah [BANKRUPTCY ESTATE] | 1:20-cv-01226 | JOHNSON LAW GROUP |
| Dodge, Alexandra [ESTATE OF] | 1:20-cv-01568 | JOHNSON LAW GROUP |
| Gilbert, Christina | 1:20-cv-02937 | JOHNSON LAW GROUP |
| Brown, Aleta | 1:20-cv-03229 | JOHNSON LAW GROUP |
| Corvera, Eduardo | 1:20-cv-06250 | JOHNSON LAW GROUP |
| Spight, Perry | 1:20-cv-06257 | FLINT COOPER, LLC |

*Case was closed prior to the issuance of this order

**Exhibit A**

| | | |
|---|---|---|
| Wessing, Kelly | 1:20-cv-06271 | JOHNSON LAW GROUP |
| *Ybarra, Rachel | 1:20-cv-06294 | JOHNSON LAW GROUP |
| Nemetz, Brenda | 1:21-cv-00126 | FERRER POIROT & WANSBROUGH |
| Brown, Marla | 1:21-cv-00315 | JOHNSON LAW GROUP |
| *Bittle, Jamie | 1:21-cv-00476 | JOHNSON LAW GROUP |
| Reynolds, Bryon | 1:21-cv-00553 | JOHNSON LAW GROUP |
| Noriega, Mary | 1:21-cv-00874 | JOHNSON LAW GROUP |
| Brant, Karen | 1:21-cv-01084 | JOHNSON LAW GROUP |
| *Kauffman, Joann | 1:21-cv-01125 | JOHNSON LAW GROUP |
| Forney, Jerold | 1:21-cv-01126 | JOHNSON LAW GROUP |
| Mancillas, Daniel | 1:21-cv-01246 | JOHNSON LAW GROUP |
| Wright, Wendell | 1:21-cv-01407 | JOHNSON LAW GROUP |
| Sligh, Sonja | 1:21-cv-01540 | JOHNSON LAW GROUP |
| Grant, Pamela | 1:21-cv-01939 | JOHNSON LAW GROUP |
| Wesner, Jonathan | 1:21-cv-01960 | JOHNSON LAW GROUP |
| Faucher, Denise | 1:21-cv-02345 | JOHNSON LAW GROUP |
| Dearing, William | 1:21-cv-02766 | JOHNSON LAW GROUP |
| Myers, Donald | 1:21-cv-02930 | JOHNSON LAW GROUP |
| Ramirez, Frederick | 1:21-cv-06376 | JOHNSON LAW GROUP |
| Kendrick, Diane | 1:21-cv-06398 | JOHNSON LAW GROUP |
| Wardley, Abbie | 1:21-cv-06502 | FLINT COOPER, LLC |
| Mustafa, Warda | 1:21-cv-06566 | JOHNSON LAW GROUP |
| Thomas, Jacqueline | 1:22-cv-01848 | JOHNSON LAW GROUP |
| Rodriguez, Josefina | 1:22-cv-01923 | JOHNSON LAW GROUP |
| Richardson, Diane | 1:22-cv-01985 | JOHNSON LAW GROUP |
| Hendricks, Trevor | 1:22-cv-06853 | FLINT COOPER, LLC |
| Nase, Fay | 1:22-cv-06876 | FLINT COOPER, LLC |
| Sartin, Sherida | 1:22-cv-06906 | FLINT COOPER, LLC |
| Showers, Michael (ESTATE OF) | 1:22-cv-06910 | FLINT COOPER, LLC |
| Higgins, Diana | 1:22-cv-06919 | JOHNSON LAW GROUP |
| Musgrove, Shannon | 1:22-cv-06928 | FLINT COOPER, LLC |
| Tancredi, Charles | 1:23-cv-00808 | JOHNSON LAW GROUP |
| Votra, Brett | 1:23-cv-06950 | JOHNSON LAW GROUP |
| Clark, Willie D. | 1:23-cv-06953 | MCSWEENEY LANGEVIN LLC |
| Sinkular, Susan | 1:23-cv-06955 | FLINT COOPER, LLC |
| Herbert, John | 1:23-cv-06970 | FLINT COOPER, LLC |
| Parker, Christina | 1:23-cv-06986 | FLINT COOPER, LLC |
| Dickey, Vicki | 1:23-cv-06987 | FLINT COOPER, LLC |
| Goldberg, Shari | 1:23-cv-07002 | JOHNSON LAW GROUP |
| Ramirez, Irma | 1:23-cv-07021 | MCSWEENEY LANGEVIN LLC |
| Graciani, Mario | 1:23-cv-07023 | FLINT COOPER, LLC |

Page **6** of **7**

*Case was closed prior to the issuance of this order

**Exhibit A**

| | | |
|---|---|---|
| Graham, Lillian | 1:23-cv-07030 | FLINT COOPER, LLC |
| Hattabaugh, Charles | 1:23-cv-07034 | FLINT COOPER, LLC |
| Price, Willie | 1:23-cv-07037 | FLINT COOPER, LLC |
| Sena, Alice and Joseph | 1:23-cv-07048 | FLINT COOPER, LLC |
| Sykes, James | 1:23-cv-07080 | FLINT COOPER, LLC |
| Robertson, Scott W. | 1:24-cv-00381 | MCSWEENEY LANGEVIN LLC |